IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00074-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENNIS PENN,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that, at the hearing on motions set for August 9, 2012 at 8:30 a.m., the Court will consider only the issue of standing based on the parties' Evidentiary Stipulation for Suppression Hearing [Docket No. 21]. If defendant does have standing, the Court will schedule an evidentiary hearing to resolve the remaining suppression issues.

    DATED August 3, 2012.